OPINION — AG — ** NEPOTISM — POLICE — SPOUSE ** IT IS 'NOT' NEPOTISM FOR THE MEMBERS OF THE GOVERNING BODY OF A STATUTORY MUNICIPALITY TO APPOINT AN INDIVIDUAL AS ACTING CHIEF OF POLICE WHOSE SPOUSE IS ALREADY EMPLOYED WITH THE POLICE DEPARTMENT. (CITIES, TOWNS, NEPOTISM, WIFE, APPOINTMENT) CITE: 21 O.S. 481 [21-481], 21 O.S. 484 [21-484], 11 O.S. 8-101 [11-8-101], 11 O.S. 8-110 [11-8-110] (PATRICIA REDD DEMPS) ** SEE OPINION NO. 90-515 (1990)